FILED
2009 Apr-30 PM 03:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| **JERRY WINKLES,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Civil Action No:  CV 06-S-1068-J |
| ) | |
| **WARDEN BILLY MITCHEM and** ) | |
| **THE ATTORNEY GENERAL FOR** ) | |
| **THE STATE OF ALABAMA,** ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

This action is before the court on the petition for write of habeas corpus filed pursuant to 28 U.S.C. § 2254. The magistrate judge entered a report and recommendation recommending that the action be dismissed. No objections have been filed.

The court has considered the entire file in this action, including the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved. Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. The petition for writ of habeas corpus is due to be dismissed. An appropriate order will be entered.

DONE this 30th day of April, 2009.

                                                                          _____
                                                                          United States District Judge